Name: Kenneth Harry
Mailing address: 6735 Freebird Cir.
City, State, Zip: Anchorage, AK 99507
Telephone: 907-891-3380

RECEIVED
SEP 09 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Kenneth Harry,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Municipality of Anchorage; A.P.D.,
Alaska Legislature,
Parties still to be named,
(Enter full names of defendant(s) in this action.
Do NOT use et al.)

Defendant(s).

Case No. 3:21-CV-00205-SLG
(To be supplied by Court)

COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

(NON-PRISONERS)

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

U.S. Supremacy Clause; U.S. Constitution Art. I § 9 cl. 3

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Kenneth Harry,
(print your name)
who presently resides at (Homeless) 6735 Freebird Cir. Anch, AK 99507,
(mailing address)
were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Municipality of Anchorage_ is a citizen of
_Alaska_ (state), and is employed as a _Municipality Law enforcer_ (defendant's government position/title).

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Alaska legislature_ is a citizen of
_Alaska_ (state), and is employed as a _Law making Body of Government_ (defendant's government position/title).

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Anchorage Police Department_ is a citizen of
_Alaska_ (state), and is employed as a _Public Servant - Officer of the law_ (defendant's government position/title).

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about __2015-2016__, my civil right to
(Date)
__Due Process__
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by __The Municipality of Anchorage__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I was arrested for OUI (operating under the Influence), in a vehicle that that was out of gas, and I was NOT the driver, and the vehicle DID NOT OPERATE. I was forced into an unconcionable Plea bargin, as my Father was on his deathbed and I was frantic to be by his side. The Officer of the Municipality pulled up to inspect why my vehicle was in the road stopped, I expained to the officer my vehicle was out of gas and that the Driver, who was sober & co-owner by title, had gone for gas. I reached for the keys in the ignition to demonstrate that the vehicle DID NOT OPERATE, I turned the key, with no operational Results. I was then alrested for OUI. After the Arrest for OUI, at the jail, the officer requested a breathalizer. In accordance with the U.S. Constitution, and the Alaska Constitution I refused to incriminate myself in the completion of a crime and was therfore charged with the offense of failure to provide a breathalizer. At no point did anyone wittness me OPERATING the vehicle at that time because it was a Physical impossibility, without gas, to OPERATE that Vehicle.

Claim 2: On or about _2015 - 2016_ , my civil right to
(Date)
_Freedom from Cruel and Unusual Punishment_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by _Alaska Legislature_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

The enactment of this law, by its vague non-sensicle terminology, has subject me to imprisonment, and through a subsequent statute, has caused me to loose my vehicle, by being subjected to a Bill of pains that violates Double Jeopardy. This agencys carelessness and neglect caused me to miss being able to see my mother & father for the last time, alive. They have stopped my ability to move about freely. This action directly caused a parole violation, further compounding the injuries exclaimed by another filing before this Court as my parole was violated where I had committed no crime in this instance. Now, I am unable to drive, as I cannot afford to obtain the breathlock device to complete my subsequent punishment in order to drive to work. This "Bill of Pains" by requiring that I use a breathlock device is restricting my liberties causing a continuing injury to this day, creating a hardship on the petitioner further causing his homelessness and aiding in his inability to find employment.

Claim 3: On or about _2015-2016_ (Date), my civil right to _Freedom from Cruel & Unusual Punishment_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _The Anchorage Police Department_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

I was investigated by this agency and arrested, and further convicted, where I had committed no crime in violation of Anchorage municipal criminal code. I was arrested, even outside the scope of this vague law, for OUI in a vehicle that did not OPERATE. At no juncture did the APD wittness me, or have report, that I operated a vehicle under the influence. This agency directly caused my injury by its arrest of my persons where I was not in violation of any law — by its logical terminoligy and applicable meaning, thus falsely arresting the petitioner and being the direct cause and aid in causing his hardships that are current and continuing. There exhists no municipal code, even if it was the case, which it was NOT, that permits arrest on "ATTEMPTED" OUI.

D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed  _____ Appealed  _____ Still pending

Issues Raised:_____

b. Lawsuit 2:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed  _____ Appealed  _____ Still pending

Issues Raised:_____

F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 10,000,000.00

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $ 59,000,000.00

3. An order requiring defendant(s) to siest and desist the harmfull actions

4. A declaration that the Term operating is Vague and overbroad

5. Other: An emergency injunction that halts the continuing injury

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _Anchorage, Alaska_ on _September 8th, 2021_
             (Location)                       (Date)

_Kreatt Nary_
(Plaintiff's Original Signature)

_____  _____
Original Signature of Attorney (if any)        (Date)

_____
_____
_____
Attorney's Address and Telephone Number